IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LARRY RAY EAMES,
        Petitioner,
   v.                                   **Judgment in a Civil Case**
TRACY W. JOHNS,
        Respondent.                 Case Number: 5:09-HC-2141-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, after re-sentencing.

**IT IS ORDERED AND ADJUDGED** that re-sentencing is this matter has occurred in United States v. Eames, 5: ll-CR-223-BO which concludes matter and this action is hereby dismissed.

This Judgment Filed and Entered on October 4, 2011, with service on:
Wes J. Camden (via CM/ECF Notice of Electronic Filing)
Michael James (via CM/ECF Notice of Electronic Filing)
Seth Wood (via CM/ECF Notice of Electronic Filing)

October 4, 2011                                      /s/ Dennis P. Iavarone
                                                          Clerk

Raleigh, North Carolina